Cat08, MDLRMD, Standard, Termed

## U.S. District Court
## Northern District of Ohio (Toledo)
## CIVIL DOCKET FOR CASE #: 3:07-cv-02708-JGC
### Internal Use Only

**CRB**

**C 07 5222**

Cook v. St. Vincent Mercy Medical Center et al
Assigned to: Judge James G. Carr
Case in other court: Lucas County Common Pleas Court,
CI-05-02452
Cause: 28:1332 Diversity-(Citizenship)

Date Filed: 09/06/2007
Date Terminated: 10/17/2007
Jury Demand: Defendant
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

### Plaintiff

**Joseph Cook**
*as Executor of the Estate of Deceased*
Betty Cook

represented by **Stephen R. Serraino**
131 John Street
Bellevue, OH 44811-1065
419-262-9898
Email: serrainolaw@hotmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Theodore C. Jennings**
Ball & Jennings
Ste. 1500
120 South LaSalle Street
Chicago, IL 60603
312-609-4900
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James T. Ball**
Law Offices Of James T. Ball
200 North LaSalle Street
Ste. 1710
Chicago, IL 60601
312-609-4900

V.

### Defendant

**St. Vincent Mercy Medical Center**
*TERMINATED: 09/06/2007*

represented by **James R. Knepp, II**
Robison, Curphey & O'Connell
9th Floor
Four Seagate
Toledo, OH 43604
419-249-7900

Fax: 419-249-7911
Email: jknepp@rcolaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Christopher J. Riordan**
*M.D.*
*TERMINATED: 09/06/2007*

represented by **Gayle K. Beier**
Law Office of Stephen A. Skiver
Ste. 200
28350 Kensington Lane
Perrysburg, OH 43551
419-931-0067
Fax: 419-931-0065
Email: GKBeier@Skiverlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen A. Skiver**
Law Office of Stephen A. Skiver
Ste. 200
28350 Kensington Lane
Perrysburg, OH 43551
419-931-0067
Fax: 419-931-0065
Email: saskiver@skiverlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Surgicor, Inc.**
*TERMINATED: 09/06/2007*

represented by **Gayle K. Beier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen A. Skiver**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Virginia Halachanova**
*M.D.*
*TERMINATED: 09/06/2007*

represented by **David T. Henderson**
Kitch Drutchas Wagner Valitutti &
Sherbrook
Ste. 1500
405 Madison Avenue
Toledo, OH 43604-1235
419-243-4006
Fax: 419-243-7333
Email: david.henderson@kitch.com
*TERMINATED: 09/07/2007*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John S. Wasung**
Kitch Drutchas Wagner Valitutti & Sherbrook
Ste. 1500
405 Madison Avenue
Toledo, OH 43604-1235
419-243-4006
Fax: 419-243-7333
Email: john.wasung@kitch.com
*TERMINATED: 09/07/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Paulding County Hospital**
*TERMINATED: 09/06/2007*

represented by **David T. Henderson**
(See above for address)
*TERMINATED: 09/07/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerald R. Kowalski**
Cooper & Walinski
900 Adams Street
Toledo, OH 43624
419-241-1200
Fax: 419-720-3421
Email: kowalski@cooperwalinski.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Wyn Steves**
Cosme, D'Angelo & Szollosi
202 North Erie Street
Toledo, OH 43624
419-241-8989
Fax: 419-244-8990
Email: jsteves@cdslaw.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John S. Wasung**
(See above for address)
*TERMINATED: 09/07/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Pfizer, Inc.** | represented by | **Anne M. Kordas** <br> Tucker Ellis & West <br> 1150 Huntington Bldg. <br> 925 Euclid Avenue <br> Cleveland, OH 44115-1475 <br> 216-696-4582 <br> Fax: 216-696-2645 <br> Email: anne.kordas@tuckerellis.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br><br> **Christopher J. Caryl** <br> Tucker, Ellis & West <br> 1150 Huntington Bldg. <br> 925 Euclid Avenue <br> Cleveland, OH 44115 <br> 216-696-3959 <br> Fax: 216-696-2645 <br> Email: christopher.caryl@tuckerellis.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br><br> **Matthew P. Moriarty** <br> Tucker, Ellis & West <br> 1150 Huntington Bldg. <br> 925 Euclid Avenue <br> Cleveland, OH 44115 <br> 216-696-2276 <br> Fax: 216-592-5009 <br> Email: MMoriarty@tuckerellis.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br><br> **Robert C. Tucker** <br> Tucker, Ellis & West <br> 1150 Huntington Bldg. <br> 925 Euclid Avenue <br> Cleveland, OH 44115 <br> 216-592-5000 <br> Fax: 216-592-5009 <br> Email: rtucker@tuckerellis.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br><br> **Ronald A. Margolis** <br> Tucker Ellis & West <br> 1150 Huntington Bldg. <br> 925 Euclid Avenue <br> Cleveland, OH 44115-1475 |

                                                       216-592-5000
                                                       Fax: 216-592-5009
                                                       Email:
                                                       ronald.margolis@tuckerellis.com
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**AmerisourceBergen Corporation**          represented by  **Anne M. Kordas**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Christopher J. Caryl**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Matthew P. Moriarty**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Robert C. Tucker**
                                                        (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Ronald A. Margolis**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**AmerisourceBergen Drug Corporation**      represented by  **Anne M. Kordas**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Christopher J. Caryl**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Matthew P. Moriarty**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Robert C. Tucker**

|                              |                                                    | (See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*                              |
|------------------------------|----------------------------------------------------|----------------------------------------------------------------------------------------------------|
|                              |                                                    | **Ronald A. Margolis**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*   |
| **Defendant**<br>**Sally S. Teets**<br>*Executrix to the estate of*<br>TERMINATED: 09/06/2007<br>*Deceased*<br>Mark Teets, M.D.<br>TERMINATED: 09/06/2007 | represented by | **Gerald R. Kowalski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jennifer Wyn Steves**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 09/06/2007 | 1 | **Notice of Removal** from Lucas County, Ohio Common Pleas, CI0200502452 with jury demand (Filing fee $350 receipt number 2625997). Filed by Pfizer, Inc., AmerisourceBergen Corporation, AmerisourceBergen Drug Corporation. (Attachments: # 1 Civil Cover Sheet # 2 Letter From James Ball, Esq.# 3 Complaint# 4 Order/Request for Extension# 5 Request for Extension# 6 Answer of Defendants Christopher J. Riordan, M.D. and Surgicor, Inc.# 7 Order extending time for Defendant Halachanova to Answer# 8 Answer of Defendant Halachanova, M.D. and Paulding County Hospital# 9 Defendant Pfizer Inc.'s Answer to Complaint# 10 Entry of Appearance of Co-counsel Kowalski and Steves# 11 Notice re: Firm Name Change# 12 Notice of Appearance# 13 Answer of Defendant AmerisourceBergen Drug Corporation# 14 Stipulation for Leave to answer# 15 Notice re: Address/Firm Change# 16 Pretrial Notice# 17 Pretrial Statement of Paulding County Hosp. and Estate of Mark Teets, M.D.# 18 Pretrial Statement of AmerisourceBergen and Pfizer Inc.# 19 Pretrial Statement of Plaintiffs# 20 Pretrial Statement of Christopher Riordan, M.D. and Surgicor, Inc.# 21 Pretrial Statement of Virginia Halachanova, M.D. and Paulding County Hospital# 22 Motion of Plaintiff for Order Granting Pro Hac Vice of Attorneys James T. Ball and Theodore C Jennings# 23 Pretrial Order# 24 Instructions to Clerk# 25 Motion for Entry of Stip Protective Order # 26 Statement of Anticipated Work# 27 Statement of Anticipated Work# 28 Stip and Protective Order# 29 Motion for Entry of Stip Protective Order# 30 Pretrial Order# 31 Motion for Entry of Stip Protective Order# 32 Pretrial Order (05/05/06)# 33 Motion to Transfer Case to Complex Litigation Track# 34 Pretrial Order (6/9/06)# 35 Pretrial Order (6/29/06)# 36 Pretrial Order (1/26/07)# 37 Pretrial Order |

| | | |
|---|---|---|
| | | (4/20/07)# 38 Scheduling Order# 39 Notice of Voluntary Dismissals) (Moriarty, Matthew) Modified text on 9/7/2007 (M, L). Modified on 9/7/2007 (L, V). (Entered: 09/06/2007) |
| 09/06/2007 | 2 | Corporate Disclosure Statement filed by Pfizer, Inc., AmerisourceBergen Corporation, AmerisourceBergen Drug Corporation. (Moriarty, Matthew) (Entered: 09/06/2007) |
| 09/06/2007 | 4 | **Answer** to Complaint with Jury Demand (Related Doc # 1) filed by Christopher J. Riordan and Surgicor, Inc. in CCP on 5/18/05. (M,L) Modified date filed on 9/7/2007 (M, L). (Entered: 09/07/2007) |
| 09/06/2007 | 5 | **Answer** to Complaint with Jury Demand (Related Doc # 1) filed by Virginia Halachanova and Paulding County Hospital in CCP 5/25/05. (M,L) Modified text on 9/7/2007 (M, L). (Entered: 09/07/2007) |
| 09/06/2007 | 6 | **Answer** to Complaint with Jury Demand (Related Doc # 1) filed by Pfizer, Inc. in CCP 5/27/05. (M,L) (Entered: 09/07/2007) |
| 09/06/2007 | 7 | **Answer** to Complaint with Jury Demand (Related Doc # 1) filed by AmerisourceBergen Corporation and AmerisourceBergen Drug Corporation in CCP 6/14/05. (M,L) (Entered: 09/07/2007) |
| 09/06/2007 | 8 | Notices of Dismissal without Prejudice Under FRCP 41(a)(1) filed by Joseph Cook in CCP on 5/9/06 and 6/12/06 (M,L) Modified text on 9/7/2007 (M, L). (Entered: 09/07/2007) |
| 09/07/2007 |  | Judge James G. Carr assigned to case. (M,L) (Entered: 09/07/2007) |
| 09/07/2007 | 3 | Magistrate Consent Form issued to counsel. (M,L) (Entered: 09/07/2007) |
| 09/26/2007 | 9 | **Case Management Conference Scheduling** : case management conference to be held on 10/29/2007 at 04:30 PM before Judge Hon. James G. Carr. Recommended track: standard. Signed by (Attachments: # 1 Consent Package)(S,AL) (Entered: 09/26/2007) |
| 10/01/2007 | 10 | **Motion** to stay *or Deferral of all Proceedings Pending Transfer to Multidistrict Litigation Proceedings (In Re Bextra and Celebrex Marketing, Sales Practices and Prods. Liab. Litig. (MDL-1699)* filed by Pfizer, Inc.. (Attachments: # 1 Exhibit Conditional Transfer Order (CTO-82)# 2 Exhibit Joint Notice of Removal)(Moriarty, Matthew) (Entered: 10/01/2007) |
| 10/15/2007 | 11 | **Marginal Order** granting defendant Pfizer's Motion to stay all proceedings pending transfer to MDL. (Related Doc # 10). Signed by Judge James G. Carr on 10/15/2007.(S,AL) (Entered: 10/15/2007) |
| 10/17/2007 | 12 | Conditional Transfer Order (CTO-82) ; certified copy from The Judicial Panel on Multidistrict Litigation with case list attached. Clerk, Judicial Panel Multidistrict Litigation transferring case fro Northern District of California and assigned to Judge Charles R. Breyer. (S,J) (Entered: 10/17/2007) |
| 10/17/2007 |  | Certified copy of docket sheet sent to Northern District of California by |

| | | email on 10/17/2007. (S,J) (Entered: 10/17/2007) |

I hereby certify that this instrument is a true and
correct copy of the original on file in my office.
Attest: Geri M. Smith, Clerk
U.S. District Court
Northern District of Ohio
By: /S/Jennifer Smolinski
Deputy Clerk