James T. Ball
**LAW OFFICES OF JAMES T. BALL**
Law Offices of James T. Ball
P.O. Box 56
7977 Barbara's Way
Harbert, Michigan 49115
Telephone: (312) 860-0586
Facsimile: (269) 469-1002
Email: jim.ball@ymail.com

Stephen R. Serraino
131 John Street
Bellevue, OH 44811-1065
Telephone: (419) 262-9898
Facsimile: (312) 609-4901
Email: serrainolaw@hotmail.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO. 05-CV-01699 CRB<br><br>MDL No. 1699 |
|---|---|
| This Document Relates To:<br><br>*Joseph Cook v. Pfizer Inc et al.*, MDL Case No. 3:07-CV-05282 CRB | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, Joseph Cook, as Executor of the Estate of Betty Cook, Deceased, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice**, with each side bearing its own attorneys' fees and costs.

1  Dated: February 25, 2010                LAW OFFICES OF JAMES T. BALL, LTD.

                                           By _____
                                              James T. Ball
                                              120 S. LaSalle Street, Suite 1500
                                              Chicago, IL 60603
                                              Telephone: (312) 609-4900
                                              Facsimile: (312) 609-4901
                                              Email: jim.ball@ymail.com


                                           By _____
                                              Stephen R. Serraino
                                              131 John Street
                                              Bellevue, OH 44811-1065
                                              Telephone: (419) 262-9898
                                              Facsimile: (312) 609-4901
                                              Email: serrainolaw@hotmail.com

                                           *Attorneys for Plaintiffs*

14 Dated: February 25, 2010                DLA PIPER LLP (US)

                                           By _____
                                              Michelle W. Sadowsky
                                              1251 Avenue of the Americas
                                              New York, NY 10020
                                              Telephone: (212) 335-4625
                                              Facsimile: (212) 884-8675
                                              Email: michelle.sadowsky@dlapiper.com

                                           *Attorneys for Pfizer Inc, AmerisourceBergen
                                           Corporation and AmerisourceBergen Drug
                                           Corporation*

**IT IS SO ORDERED.**

Dated: ~~February~~ April 5, 2010

                                           _____
                                           HONORABLE CHARLES R. BREYER
                                           UNITED STATES DISTRICT JUDGE

-2-
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE – M:05-CV-01699-CRB

AST 42824994.1

| | | |
|---|---|---|
| 1 | Dated: February 25, 2010 | LAW OFFICES OF JAMES T. BALL, LTD. |
| 2 | | |
| 3 | | By _____ |
| 4 | | James T. Ball |
| | | 120 S. LaSalle Street, Suite 1500 |
| 5 | | Chicago, IL 60603 |
| | | Telephone: (312) 609-4900 |
| 6 | | Facsimile: (312) 609-4901 |
| | | Email: jim.ball@ymail.com |
| 7 | | |
| 8 | | |
| | | By /s/ Stephen R. Serraino |
| 9 | | Stephen R. Serraino (OH: 0005193) |
| | | 131 John Street |
| 10 | | Bellevue, OH 44811-1065 |
| | | Telephone: (419) 262-9898 |
| 11 | | Facsimile: (312) 609-4901 |
| | | Email: serrainolaw@hotmail.com |
| 12 | | |
| | | *Attorneys for Plaintiffs* |
| 13 | | |
| 14 | Dated: February 25, 2010 | DLA PIPER LLP (US) |
| 15 | | |
| 16 | | By _____ |
| 17 | | Michelle W. Sadowsky |
| | | 1251 Avenue of the Americas |
| 18 | | New York, NY 10020 |
| | | Telephone: (212) 335-4625 |
| 19 | | Facsimile: (212) 884-8675 |
| | | Email: michelle.sadowsky@dlapiper.com |
| 20 | | |
| | | *Attorneys for Pfizer Inc, AmerisourceBergen* |
| 21 | | *Corporation and AmerisourceBergen Drug* |
| | | *Corporation* |
| 22 | | |
| 23 | **IT IS SO ORDERED.** | |
| 24 | | |
| | Dated: April 5, 2010 | _____ |
| 25 | | HONORABLE CHARLES R. BREYER |
| | | UNITED STATES DISTRICT JUDGE |
| 26 | | |
| 27 | | |
| 28 | | |

-2-

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE – M:05-CV-01699-CRB

AST\42824994.1